# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

**06-442**
**consolidated with 06-436, 06-437, 06-438,**
**06-439, 06-440, 06-441, 06-443, 06-444, and 06-445**


**STATE OF LOUISIANA**

**VERSUS**

**FAY V. PEREZ, III**


************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF VERMILION, NO. 41550,
HONORABLE BYRON HEBERT, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN**
**JUDGE**

************

Court composed of Sylvia R. Cooks, Michael G. Sullivan, and Glenn B. Gremillion, Judges.


**SENTENCE VACATED IN PART; REMANDED.**

**Michael Harson**
**District Attorney**
**Ted L. Ayo**
**Assistant District Attorney**
**Post Office Box 175**
**Abbeville, Louisiana  70511-0175**
**(337) 898-4320**
**Counsel for:**
  State of Louisiana

**Mark O. Foster**
**Louisiana Appellate Project**
**Post Office Box 2057**
**Natchitoches, Louisiana  71457-2057**
**(318) 354-1292**
**Counsel for Defendant/Appellant:**
  Fay V. Perez, III

SULLIVAN, Judge.

For the reasons assigned in *State v. Perez*, 06-436 (La.App. 3 Cir. 8/__/06), ___ So.2d ___, the condition of probation requiring Defendant to pay restitution to victims other than those of the offenses to which he pleaded guilty is vacated, and the case is remanded for an evidentiary hearing to determine the specific elements of the plea agreement and whether the entire agreement is invalidated. The trial court should also advise Defendant again of the time limitation for filing an application for post-conviction relief, if necessary.

**SENTENCE VACATED IN PART; REMANDED.**